UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: Dora Lizzie Aja                    Chapter 13 # 20-10769-JEB

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

(X) 1. Debtor failed to appear at the §341 meeting of creditors.

(X) 2. Debtor has failed to make the first plan payment as required by 11 U.S.C §1326(a)(1).

( ) 3. Debtor is over the debt limits as set forth in 11 U.S.C. §109(e)

( ) 4. Debtor has failed to provide the following documents:
   ( ) INSURANCE BINDER                    ( ) EVIDENCE OF PROPERTY VALUE
   ( ) EVIDENCE OF CURRENT INCOME          ( ) RECORDED HOMESTEAD / DEED
   ( ) MOST RECENT TAX RETURN              ( ) 60 DAYS OF PAY ADVICES
   ( ) INDEPENDENT EVIDENCE OF SOCIAL SECURITY NUMBER

   ( ) AMENDED SCHEDULES _____

   ( ) OTHER _____

( ) 5. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows:

   _____

( ) 6. OTHER: _____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty-one (21) days of the date this motion is filed with the Court.** If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

/s/ Carolyn Bankowski
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA  02114-0033
(617) 723-1313
13trustee@ch13boston.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing to the above referenced debtor(s) ( ) by hand delivery or (X) by first class mail, and to Debtor(s)' counsel David Baker, Esq ( ) by hand delivery, ( ) by first class mail, or (X) via electronic notice.

Dated 4/15/20

/s/ Carolyn Bankowski
Carolyn A. Bankowski
Patricia A. Remer